# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CRISTINE SALKIN-WEST,

                Plaintiff,

  v.

Q&D CONSTRUCTION, INC.,

                Defendant.

3:25-cv-00286-ART-CSD

**ORDER**

Re: ECF No. 8

      Before the court is Plaintiff's Motion for Extension of Time to Submit USM-285 Form. (ECF No. 8.)

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time to Submit USM-285 Form (ECF No. 8) is **<u>GRANTED</u>** to the extent that Plaintiff shall have to and including **Tuesday, September 30, 2025**, in which to submit the USM-285 form to the U.S. Marshal for service on Defendant Q&D pursuant to the Court's Order (ECF No. 5).

      **IT IS FURTHER ORDERED** that the deadline for service pursuant to Federal Rule of Civil Procedure 4(m) is extended to and including **Monday, December 1, 2025.**

      DATED: September 8, 2025.



_____
Craig S. Denney
United States Magistrate Judge