```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CRISTINE SALKIN-WEST, | Case No.: 3:25-cv-00286-ART-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| Q&D CONSTRUCTION, INC., | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| Defendant. | |

    Plaintiff Cristine Salkin-West ("Plaintiff") and Defendant Q&D Construction LLC, erroneously named as Q&D Construction, Inc., ("Defendant" and with Plaintiff, the "Parties"), jointly stipulate under FRCP 41(a)(1)(A)(ii) to dismiss the case with prejudice.

/ / /

/ / /

/ / /

1  **THE PARTIES HEREBY STIPULATE AND AGREE** that under FRCP 41(a)(1)(A)(ii), the Court shall dismiss Plaintiff's Amended Complaint against Defendant with prejudice;

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its/her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 12th day of November, 2025.        DATED this __th day of November, 2025.

McDONALD CARANO LLP

By: _____                    By: _____

Philip Mannelly (NSBN 14236)                  Cristine Salkin-West
Emily Dubansky (NSBN 16228)                   11260 Donner Pass Rd. #C1048
100 West Liberty Street, Tenth Floor          Truckee, CA 96161
Reno, Nevada 89501
                                              *Pro Se Plaintiff*
Gaurav Bobby Kalra (NSBN 16898)
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, Nevada 89501

*Attorneys for Defendant*


IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: <u>November 26, 2025</u>

2